UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
    -v-                                                                 :   14-CR-442-1 (JMF)
:
JUAN DIAZ,                                                             :   ORDER
:
    Defendant.                                                          :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    For reasons that are unclear, on September 18, 2020, the mandate issued in connection with the Circuit's April 17, 2020 decision vacating and remanding this case. *See* ECF No. 134. In light of the fact that the Court resentenced the Defendant on July 24, 2020, *see* ECF No. 129, the Court assumes that there is no need to take any action at this time. If either party believes otherwise, it shall promptly confer with the other and file a letter with the Court.

    SO ORDERED.

Dated: September 21, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge