Probation Form No. 35
(1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 0208 1:14CR00442 (JMF)

Juan Diaz

On October 2, 2020, the above named was placed on Supervised Release for a period of three (3) years. Mr. Diaz has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by one (1) year.

Respectfully submitted,

by  *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Juan Diaz be a granted a one (1) year reduction in his Supervised Release term with a new maximum expiration date of October 1, 2022.

Date this  12th  day of  April  , 20  22  .

Honorable Jesse M. Furman
U.S. District Judge

The Court commends and congratulates Mr. Diaz on his successful participation in the RISE Court and wishes him the best of luck with his remaining supervised release and beyond.